# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP WAYNE TOMLIN (AIS # 235217), | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION NO. 10-00120-CG-B** |
| TONY PATTERSON, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED** and, further, that a certificate of appealability is **DENIED**.

**DONE** this 7th day of August, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE